UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| WALTER SNYDER AND DONNA SNYDER, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | Cause No. 3:13-CV-376-RLM-JEM |
| CATERPILLAR, INC., ) GUARDAIR CORPORATION, ) JOHN DOE, AND RICHARD ROE, ) ) | |
| Defendants. ) | |

O R D E R

On July 29, 2013, Magistrate Judge John E. Martin entered a report and recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B) & (C), recommending that defendant Caterpillar, Inc.'s motion to dismiss, or in the alternative, motion for more definite statement be denied as moot. The parties had 14 days after being served with a copy of the recommendation to file any objections, 28 U.S.C. § 636(b)(1), and those 14 days have passed with no objections being filed. The court now accepts the magistrate judge's recommendation (Doc. No. 26) and DENIES as moot defendant Caterpillar, Inc.'s motion to dismiss, or in the alternative, motion for more definite statement (Doc. No. 6).

SO ORDERED.

ENTERED:  August 26, 2013

　　　　　　　　　　　　　　　　　　　/s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　　　　United States District Court